EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2020 TSPR 59 |
| José Antonio García Ortiz | 204 DPR _____ |

Número del Caso:  TS-5945

Fecha:  16 de julio de 2020

Abogado de la parte peticionaria:

    Por derecho propio

Programa de Educación Jurídica Continua:

    Lcda. María Cecilia Molinelli González

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re*

José Antonio García Ortiz          TS-5945


RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de julio de 2020.

Examinada la *Moción informativa* presentada por el peticionario y la *certificación* del PEJC, se reinstala al Lcdo. José Antonio García Ortiz al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo